IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY WOODS on behalf of himself and other Consumers of the Maytag Gas Oven Appliance (Model MGR5875QDS) similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHIRLPOOL CORPORATION and PLESSER'S M.S.H. INC., <br><br> Defendants. | Civil Action No.: <br> 2:10-cv-00559-ADS-WDW <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that Plaintiff GARY WOODS dismisses this action with prejudice, including dismissing all of his claims in this matter with prejudice as against Defendants WHIRLPOOL CORPORATION and PLESSER'S M.S.H. INC., pursuant to Fed. R. Civ. P. 41(a). The parties note that the lawsuit also consists of class allegations but no class has been certified, therefore, such claims will be dismissed without prejudice. Each party is to bear its own costs and attorneys' fees.

Dated: Port Washington, New York
August 21, 2012

PARKER WAICHMAN LLP

By: Daniel C. Burke, Esq.
Attorneys for Plaintiff
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
Facsimile: (516) 466-6665

WHEELER TRIGG O'DONNELL, LLP

By: Catherine R. Ruhland
Attorneys for Defendants
370 Seventeenth Street, Suite 4500-5647
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

So Ordered
s/ MKB
USDJ
8/28/2012

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Daniel C. Burke
Daniel C. Burke